UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 08-00104-CJC(MLGx)     Date  August 21, 2008

Title   Kawasaki Motor Finance Corporation v. Carol Smith Hill, et al

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)  ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

Plaintiff filed this action on January 29, 2008. On July 31, 2008, this Court issued a Minute Order which ordered plaintiff to show cause in writing no later than August 15, 2008, why this action should not be dismissed for lack of prosecution as to all defendants. Plaintiff has failed to respond to the Court's Order.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

:  0

Initials of Preparer   MU